# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 5, 2020

## NO. 03-19-00863-CR

**Charles Christopher Lancaster, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 21ST DISTRICT COURT OF BASTROP COUNTY
BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE GOODWIN**

This is an appeal from the order entered by the trial court on October 30, 2019. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.